1

Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION**

| | |
|---|---|
| In re: | Case No.: 23-90171-E |
| JOSHUA SCOTT MILLER | DCN: CJL-2 |
| | Chapter 7 |
| Debtor. | Hearing Date: May 1, 2025<br>Hearing Time: 10:30am PST<br>Courtroom Modesto Division 1200 I Street, Suite 200 |
| | Hon. Ronald H. Sargis |

**NOTICE OF WITHDRAWAL OF DOCUMENTS**

Notice is hereby given that the Plaintiff, Joshua Scott Miller, by and through his undersigned counsel, hereby withdraws Document number 34, Motion for Contempt and Damages for Violation of the Automatic Stay, and Document 35 Notice of Motion for Contempt and Damages for Violation of the Automatic Stay, due to an error for counsels firm name and address on Document 34 and for an incorrect firm name on Document 35. Both Documents were filed on March 24, 2025.

Concurrently with this Notice, the Plaintiff has filed amended versions of the corrected information which is noted in Document numbers 50 Motion for Contempt and Damages for

Violation of the Automatic Stay and Document 51 Notice of Motion for Contempt and Damages for Violation of the Automatic Stay.

Wherefore, the Plaintiff respectfully requests that the Clerk of the Court withdraw Documents 34 and 35 filed on March 24, 2025. This withdrawal is made without prejudice to the Plaintiff's right to file the corrected Documents 50 and 51.

I hereby certify that on this 26th day of March, 2025, I electronically filed the foregoing Notice of Withdrawal of Documents 34 and 35 due to address and firm name with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

　　　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUMBITTED,

Dated: March 27, 2025　　　　　　　　　*/s/ Jenna Dakroub*
　　　　　　　　　　　　　　　　　　　Jenna Dakroub, CA # 350170
　　　　　　　　　　　　　　　　　　　CONSUMER JUSTICE LAW FIRM PLC
　　　　　　　　　　　　　　　　　　　16130 Ventura Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　Encino, CA 91316
　　　　　　　　　　　　　　　　　　　T: (602) 807-1525
　　　　　　　　　　　　　　　　　　　F: (480) 613-7733
　　　　　　　　　　　　　　　　　　　E: jdakroub@consumerjustice.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Debtor*
　　　　　　　　　　　　　　　　　　　*Joshua Scott Miller*